UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
LISSA MORALES, DANNY JIMENEZ-CORCIONE,
THOMAS R. MARTINEZ, on behalf of
Themselves and all others similarly situated,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2019

                                    Plaintiff,      15-Civ.-6296 (TPG)

     - against -                         **SATISFACTION OF JUDGMENT**

MW BRONX, INC., MASTER WOK, INC.,
RYAN REIMOND SANCHEZ,
NORMA DOE (last name unknown) and
KEN DOE (last name unknown),

                                    Defendant.
----------------------------------------x

        WHEREAS, a judgment was entered in the above action on the 1st day of August, 2016, in favor of Danny Jimenez-Corcione and against Defendants in the amount of $3,605.91 including interest, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        WHEREAS, a judgment was entered in the above action on the 26th day of January, 2017 in favor of Thomas Martinez and against Defendants in the amount of $1,783.37 including interest, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        WHEREAS, a judgment was entered in the above action on the 26th day of January, 2017 in favor of Lissa Morales and against Defendants in the amount of $1,587.65 including interest, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        WHEREAS, a judgment was entered in the above action on the 5th day of October, 2017 in favor of Plaintiffs and against Defendants in the amount of $30,112.50 for

attorneys' fees and costs, and said judgment and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
July 30, 2019

AKIN LAW GROUP PLLC

Leopold Raic, Esq. (LR4202)
Attorneys for Plaintiffs
45 Broadway, Suite 1420
New York, NY 10006

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 30TH day of July, 2019 before me personally came Leopold Raic, Esq. to me known and known to be a member of the firm of AKIN LAW GROUP PLLC, attorneys for Lissa Morales, Danny Jimenez-Corcione and Thomas R. Martinez in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*Notary Public*

Justin Ames
Notary Public, State Of New York
No. 02AM6365602
Qualified in Rockland County
Commission Expires October 16, 2021